# In The

## *Court of Appeals*

## *Ninth District of Texas at Beaumont*

_____

### NO. 09-15-00410-CV
_____

**DARRYLL JOHNSON AND PENNY JOHNSON, Appellants**

**V.**

**LIBERTY COUNTY AND JUAN ZAVALA, Appellees**

**On Appeal from the 253rd District Court**
**Liberty County, Texas**
**Trial Cause No. CV1509179**

### ORDER

On October 7, 2015, the trial court signed an interlocutory order, which identified a controlling question of law that may materially advance the ultimate termination of the litigation, and granted permission to appeal. *See* Tex. Civ. Prac. & Rem. Code Ann. § 51.014(d) (West 2015); *see also* Tex. R. Civ. P. 168. On October 9, 2015, Darryll Johnson and Penny Johnson filed a petition for permission to appeal from the interlocutory order. *See* Tex. R. App. P. 28.3(a). Juan Zavala filed a response. *See* Tex. R. App. P. 28.3(f). Liberty County did not

1

file a response. On October 30, 2015, the Johnsons filed a motion for a temporary order staying the interlocutory order pending the appeal. *See generally* Tex. R. App. P. 29.3. Zavala filed a response to the motion for temporary orders.

The Court grants the petition for permissive appeal of the trial court's order of October 7, 2015. *See* Tex. R. App. P. 28.3(k). Notice of appeal is deemed filed as of the date of this Order. *See* Tex. R. App. P. 28.3(k). The record is due November 13, 2015. *See* Tex. R. App. P. 35.1(b). The brief of the appellant is due twenty days after the record is filed. *See* Tex. R. App. P. 38.6(a). The brief of the appellee is due twenty days after the filing of the brief of the appellant. *See* Tex. R. App. P. 38.6(b). The Clerk of the Court shall file a copy of this Order with the trial court clerk. *See* Tex. R. App. P. 28.3(k).

Execution on the trial court's interlocutory order granting Zavala's motion for summary judgment is stayed until the trial court severs the claims not disposed of in the interlocutory order or issues a final judgment in the entire case, or until further order of this Court. *See generally* Tex. R. Civ. P. 622.

ORDER ENTERED November 3, 2015.

PER CURIAM

Before McKeithen, C.J., Kreger and Johnson, JJ.